IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO ALBERT VILLEGAS,<br><br>Defendant. | CR 14–38–BLG–SPW–9<br><br><br>ORDER |

On December 23, 2024, Defendant Mario Albert Villegas' pro se motion under 18 U.S.C. § 3582(c)(1)(A) was denied. (*See* Docs. 710, 722.) Villegas appealed that decision. (*See* Docs. 723, 724.) He now seeks appointment of counsel for his appeal, (Doc. 725), and for all the transcripts in the case to be ordered at the government's expense, (Doc. 726). Those motions are denied. As it relates to the appointment of counsel, despite his indigent status, Villegas chose to proceed pro se on his motion for compassionate release. (*See* Docs. 713, 715.) His case is now on appeal with the Ninth Circuit Court of Appeals. Accordingly, any request for counsel on that appeal should be made to the Ninth Circuit who may then direct appointment, if appropriate. As it relates to Villegas' request for transcripts, such transcripts are already in the case docket.

1

Accordingly, IT IS ORDERED that Villegas' motions (Docs. 725, 726) are DENIED.

DATED this 27th day of January, 2025.

*Susan P. Watters*
Susan P. Watters, District Judge
United States District Court