AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br>v.<br>MARIO ALBERT VILLEGAS<br><br>Date of Original Judgment: 08/06/2015<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: CR 14-38-BLG-SPW-9<br>) USM No: 67581-112<br>)<br>) NONE<br>) Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant requests that a change in his criminal history calculation be reflected in his sentencing documents under the retroactive application to the criminal history rules in Parts A and B, subpart 1 of Amendment 821 to the United States Sentencing Guidelines. (See Doc. 733.) That motion is denied. Although the defendant's criminal history score drops from 14 points to 13 points under the amended version of USSG 4A1.1(e), a criminal history score of 13 points still places him in a Criminal History Category VI. (See PSR paras. 103-04.) As a result, and contrary to Defendant's argument, this is not a case where either the PSR or the Judgment needs to be amended to reflect a substantive change in his calculation or to more accurately reflect his criminal history.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Nov. 20, 2025

Judge's signature: *Susan P. Watters*

Effective Date: _____

Susan P. Watters, District Judge
*Printed name and title*

*(if different from order date)*